THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TYRONE EDDIE McCRAY**  **PETITIONER**
Reg. #27549-009

v.   Case No. 4:19-cv-000746-KGB-JTK

**UNITED STATES OF AMERICA**  **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court dismisses petitioner Tyrone Eddie McCray's petition without prejudice and denies the requested relief.

So adjudged this the 21st day of January, 2021.

_____
Kristine G. Baker
United States District Judge